12:27 p.m.
2/14/19
RECEIVED
FEB 14 2019
AT 8:30_____M
WILLIAM T. WALSH
CLERK

2019R00063/MSL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 19- 117 (PGS) |
| | : |
| RAUL MENDOZA-BARRALES, | : |
| a/k/a "Raul Mendoza," | : 8 U.S.C. §§ 1326(a) & (b)(1) |
| a/k/a "Raul Mendoza-Barales," | : |
| a/k/a "Raul Mendoza-Barrallis" | : |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Trenton, charges:

1.   At all times relevant to this Indictment, defendant RAUL MENDOZA-BARRALES, a/k/a "Raul Mendoza," a/k/a "Raul Mendoza-Barales," a/k/a "Raul Mendoza-Barrallis" (hereinafter "RAUL MENDOZA-BARRALES") was an alien and a citizen and national of Mexico.

2.   On or about December 21, 2010, by order of a United States Immigration Judge (the "Order"), defendant RAUL MENDOZA-BARRALES was found subject to removal and granted pre-conclusion voluntary departure, on the condition that he depart the United States on or before April 20, 2011.  The Order further provided that if defendant RAUL MENDOZA-BARRALES "fails to depart as required, the above grant of pre-conclusion voluntary departure shall be withdrawn without further notice or proceedings and the following order . . . shall become immediately effective: Respondent shall be removed to Mexico . . . ."

3. Defendant RAUL MENDOZA-BARRALES failed to depart as required. As a result, the Order became an Order of Removal on or about April 21, 2011. On or about January 13, 2016, defendant RAUL MENDOZA-BARRALES was removed from the United States to Mexico pursuant to the Order of Removal.

4. On or about October 18, 2018, defendant RAUL MENDOZA-BARRALES was convicted in the United States District Court for the District of New Jersey of Reentry of a Removed Alien, in violation of Title 8, United States Code, Section 1326(a), a felony punishable by up to two years' imprisonment.

5. On or about November 7, 2018, defendant RAUL MENDOZA-BARRALES was removed from the United States to Mexico pursuant to the Order of Removal.

6. Defendant RAUL MENDOZA-BARRALES thereafter reentered the United States without permission on an unknown date and was found in the United States on or about January 7, 2019.

7. Neither the Attorney General nor the Secretary of Homeland Security of the United States expressly consented to defendant RAUL MENDOZA-BARRALES reapplying for admission to the United States prior to his reembarkation at a place outside the United States or his entry into the United States.

8.   On a date on or after November 7, 2018 and on or before January 7, 2019, in Ocean County, in the District of New Jersey, and elsewhere, the defendant,

> RAUL MENDOZA-BARRALES,
> a/k/a "Raul Mendoza,"
> a/k/a "Raul Mendoza-Barales,"
> a/k/a "Raul Mendoza-Barrallis,"

being an alien who was deported and removed and had departed the United States while an order of deportation and removal was outstanding subsequent to his conviction for the commission of a felony, without the express consent of the Secretary of Homeland Security or the Attorney General to reapply for admission prior to his reembarkation at a place outside the United States, did knowingly and voluntarily enter, and on or about January 7, 2019, was found in, the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

*Craig Carpenito*
CRAIG CARPENITO
United States Attorney

3

CASE NUMBER: 19- *117(PGS)*

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

RAUL MENDOZA-BARRALES,
a/k/a "Raul Mendoza,"
a/k/a "Raul Mendoza-Barales"
a/k/a "Raul Mendoza-Barrallis"

## INDICTMENT FOR

8 U.S.C. §§ 1326(a) &(b)(1)



**CRAIG CARPENITO**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

MOLLY S. LORBER
*ASSISTANT U.S. ATTORNEY*
*TRENTON, NEW JERSEY*
*609-989-2190*